Robert G. McMillen
TELQUIST, ZIOBRO & MCMILLEN
1333 Columbia Park Trail, Suite 110
Richland, WA 99352
(509)737-8500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                           ) Case No.: 10-06726-FLK13
                                )
JAMES & TERRA COLLINS,     ) MODIFICATION OF PLAN AND CERTIFICATE
                                ) OF NO ADVERSE AFFECT
      Debtor.                )

DEBTOR modifies the Plan previously filed in these proceedings in the following respects.

      **The base shall increase to $59,382.00 with graduated payments as follows:**

      2 x $575 = $1,150.00
      58 x $1004 = $58,232.00

      **all other plan provisions remain unchanged.**

   <u>CERTIFICATE OF NO ADVERSE AFFECT</u> - Debtor certifies that this Modification of Plan has no adverse affect upon the creditors. All other aspects of the Plan remain unchanged. It is certified that the Modified Plan proposes to be completed within five years after the time that first payment under the original confirmed plan was due. It is further certified that this Notice has been served upon all affected entities.

DATED: 2-16-11

                            TELQUIST, ZIOBRO & MCMILLEN
                            Attorneys for Debtor

                            _____
                            Robert G. McMillen #29831

MODIFICATION OF PLAN WITH CERTIFICATE
OF NO ADVERSE AFFECT - 1